DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAMION ANTHONY DELAPENA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0729

[November 9, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case Nos. 50-2018-CF-001253-AXXX-MB, 50-2018-CF-001255-AXXX-MB, 50-2018-CF-001303-AXXX-MB, 50-2018-CF-002989-AXXX-MB, and 50-2018-CF-003976-AXXX-MB.

Matthew R. McLain of McLain Law, P.A., Longwood, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***